UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────────────────X
THE ANNUITY, PENSION, WELFARE, TRAINING AND
LABOR MANAGEMENT COOPERATION TRUST FUNDS
OF THE INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, BY THEIR TRUSTEES
EDWIN L. CHRISTIAN, CHRISTOPHER T. CONFREY, JOHN
CRONIN, JOSEPH BYRNE, KENNETH KLEMENS, JR., JOHN
F. O'HARE, WILLIAM TYSON and MICHAEL SALGO,
and INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, BY ITS BUSINESS
MANAGER EDWIN L. CHRISTIAN,

**NOTICE & ORDER OF VOLUNTARY DISMISSAL**

CV-20-1654 (MKB) (CLP)

Plaintiffs,

-against-

SKANSKA-KIEWIT-ECCO III, A JOINT VENTURE,
SKANSKA USA CIVIL NORTHEAST, INC., KIEWIT
INFRASTRUCTURE CO. and E.C.C.O. III ENTERPRISES,
INC.,

Defendants.
──────────────────────────────────────────X

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs THE ANNUITY, PENSION, WELFARE, TRAINING AND LABOR MANAGEMENT COOPERATION TRUST FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed against Defendants SKANSKA-KIEWIT-ECCO III, A JOINT VENTURE, SKANSKA USA CIVIL NORTHEAST, INC., KIEWIT INFRASTRUCTURE CO. and E.C.C.O. III ENTERPRISES, INC.

Dated: Tarrytown, New York
April 9, 2020

Respectfully submitted,

BRADY McGUIRE & STEINBERG, P.C.

*/s/ James M. Steinberg*
────────────────────────────
By: James M. Steinberg, Esq.
Attorneys for Plaintiffs
303 South Broadway, Suite 234
Tarrytown, New York 10591
(914) 478-4293

To:  Mr. John Cavallaro
Skanska USA Civil Inc.
75-20 Astoria Boulevard, Suite 200
Queens, New York 11370

**SO ORDERED:**

────────────────────────────
**The Honorable Margo K. Brodie**
**United States District Judge**